**\*\* NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RICHARD HANSEN | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-210 |
| TDCJ-CID, *et al.*, | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Richard Hansen, an inmate formerly confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutional Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants the Texas Department of Criminal Justice, Correctional Institutions Division, and Warden Donald Muniz.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (Doc. # 15).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in this

---

[1] A copy of the Report and Recommendation was returned with the notation "RTS discharged" (Doc. # 17). Plaintiff has failed to update the court with his current address.

case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 4 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge